# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2024

*The Court of Appeals hereby passes the following order:*

A24A0722. IN RE: JAMES RUSSELL OXFORD, JR.
A24A0775. IN RE: JAMES RUSSELL OXFORD, JR.

Case No. A24A0722 was docketed in this Court on December 12, 2023, and the initial brief of Appellant was due on January 2, 2024. On that original due date, Appellant filed a motion for extension of time, which was granted, and the time for filing the initial brief was extended until January 8, 2024. To date, however, Appellant has not filed his appellate brief in this case. As such, Case No. A24A0722 is subject to dismissal. See Court of Appeals Rule 16 (b) and Rule 23 (a).

Case No. A24A0775 was docketed in this Court on December 22, 2023, and the initial brief of Appellant was due on January 11, 2024. On that original due date, Appellant filed a motion for extension of time, which was granted, and the time for filing the initial brief was extended until January 17, 2024. Appellant, however, failed to meet this deadline. Instead, he filed a brief on the day after the deadline, and that brief did not conform to this Court's rules. See Court of Appeals Rule 24. As a result, Case No. A24A0755 is also subject to dismissal. See Court of Appeals Rule 16 (b) and Rule 23 (a).

Therefore, due to Appellant's failure to timely file a brief and enumeration of errors in both Case No. A24A0722 and Case No. A24A0755, each of those appeals is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*__01/24/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*